## DAVIS v. STATE.
### No. 26181.

Court of Criminal Appeals of Texas.
Feb. 11, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

Court of Criminal Appeals of Texas.
Feb. 11, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for a violation of the liquor law in Johnson County. The punishment assessed is confinement in the county jail for 24 days.

All matters of procedure appear to be regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment is affirmed.